IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

BASHIR SHEIKH, M.D.,

                                              Plaintiff,                                ORDER

v.

                                                                        11-cv-1-wmc

GRANT REGIONAL HEALTH CENTER,

                                              Defendant.

      Pursuant to this court's order, defendant Grant Regional Health Center has filed a letter response explaining why the court should not unseal some or all of the documents filed in this case. (Dkt. #108.) GRHC's explanation, as well as the appendix to the letter describing which exhibits need not remain under seal, is both extremely helpful and well-taken.

      In particular, GRHC correctly notes that because of certain technical limitations of the court's electronic filing software (CM/ECF) system, a party is unable to pick and choose which documents within a *single* docket entry are filed under seal. That said, and for future reference, parties are able to divide a single affidavit across two docket entries -- one containing sealed exhibits *and* one containing unsealed exhibits. In addition, the court's recently-adopted Administrative Order #309, setting forth a new procedure for filing documents under seal should alleviate most of the court's concern with the perceived blanket sealing of documents. *See* attached.

      As to the subject documents still filed under seal in this case, the court will direct (1) GRHC to file redacted versions of the documents as described in the order below; and

(2) the clerk's office to unseal the documents GRHC has identified as no longer needing to be sealed. In addition, the court will allow filings concerning plaintiff Sheikh's attorneys' motions to withdraw to remain under seal.

## ORDER

IT IS ORDERED that:

1) On or before April 1, 2013, Grant Regional Health Center shall file redacted versions of the following documents: dkt. ##67, 68, 69, 70, 73 and 74; and

2) The clerk of the court is directed to unseal the following documents: dkt. ## 69-1, 69-4, 69-5, 69-6, 69-7, 70-1, 70-4, 70-5, 70-6, 70-8, 70-15, 70-16, 70-17, 70-18, 70-19, 70-23, 70-24, 71, 71-1, 71-2, 71-3, 71-4, 71-5, 71-6, 71-7, 71-8, 71-9, 71-10, 71-11, 71-12, 71-13, 71-15, 71-16, 71-17, 72.

Entered this 19th day of March, 2013.

BY THE COURT:

/s/

_____
WILLIAM M. CONLEY
District Judge