IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

BASHIR SHEIKH, M.D.,

    Plaintiff,   JUDGMENT IN A CIVIL CASE

v.   Case No. 11-cv-1-wmc

GRANT REGIONAL HEALTH CENTER,

    Defendant.

---

    This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant:

    1) granting summary judgment and dismissing plaintiff's federal claims against Grant Regional Health Center; and

    2) dismissing plaintiff's state law claims without prejudice.

_By: [signature], Deputy Clerk_      _7-3-2013_
Peter Oppeneer, Clerk of Court      Date