**The United States District Court**

**Western District of Wisconsin**

BASHIR SHEIKH, MD,
    Plaintiff

      Vs.                                     Case No: 11C 001 SLE

GRANT REGIONAL HEALTH CENTER        **Notice of Appeal**
    Defendant

Notice is hereby given that Bashir Sheikh, plaintiff in the above named case hereby appeals to the United States Court of Appeals for the seventh Circuit from the order of United States District Court for western District of Wisconsin on defendant's motion for summary judgment entered on July 24, 2013 and denied to be reconsidered on 9th day of October of 2013.

                                                                               Sd://Bashir Sheikh
                                                                                    Plaintiff