IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

BASHIR SHEIKH, M.D.,

                Plaintiff,                ORDER

v.

                                            11-cv-1-wmc

GRANT REGIONAL HEALTH CENTER,

                Defendant.

---

On January 2, 2014, the court entered an opinion and order, granting defendant summary judgment on all remaining claims. (Dkt. #138.) As part of that order, the court directed defendant to submit a proposed judgment on its breach of contract counterclaim with supporting documentation. (*Id.* at 14.) In response, defendant submitted a proposed judgment with a total award of $62,874.12 (dkt. #139), along with proof of (1) checks in the total amount of $50,000 paid by defendant Grant Regional to plaintiff Bashir Sheikh under the loan agreement (Affidavit of Nicole Clapp, Ex. 1 (dkt. #141-1)); (2) the accrued interest on that loan in the total amount of $11,335.60 (Affidavit of Kevin J. Eldridge (dkt. #140) ¶ 4); and (3) attorney's fees incurred in attempting to enforce the terms of Sheikh's loan agreement and promissory note with GRHC in the total amount of $1,538.50. (*Id.* at ¶¶ 5-7; *id.*, Exs. 2, 3 (dkt. ##140-2, 140-3).)

The summary judgment order provided plaintiff an opportunity to respond to defendant's proposed judgment, but the deadline for that response has passed without any word from plaintiff. (Dkt. #138 at p.14.)

Since the court finds defendant's request of total damages of $62,874.12 well-supported by the evidence in this case, it accordingly directs the clerk of court to enter summary judgment as follows:

1) Granting summary judgment and dismissing all of plaintiff Bashir Sheikh's claims against Grant Regional Health Center with prejudice;

2) Granting summary judgment in favor of defendant Grant Regional Health Center on its breach of contract counterclaim against plaintiff Bashir Sheikh, and awarding damages on that counterclaim in the total amount of $62,874.12; and

3) Closing this case.

Entered this 31st day of January, 2014.

BY THE COURT:

/s/

_____
WILLIAM M. CONLEY
District Judge