IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

BASHIR SHEIKH, M.D.,

     Plaintiff,

     v.

GRANT REGIONSL HEALTH CENTER,

     Defendant.

JUDGMENT IN A CIVIL CASE

Case No.  11-cv-1-wmc

This action came before the court for consideration before the court with District Judge William M. Conley presiding.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered:

1) Granting summary judgment and dismissing all of plaintiff Bashir Sheikh's claims against Grant Regional Health Center with prejudice;

2) Granting summary judgment in favor of defendant Grant Regional Health Center on its breach of contract counterclaim against plaintiff Bashir Sheikh, and awarding damages on that counterclaim in the total amount of $62,874.12.

Approved as to form this 31st day of January, 2014.

WILLIAM M. CONLEY, District Judge

Peter Oppeneer, Clerk of Court

Date  1/31/14