## UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF WISCONSIN

Bashir Sheikh, M.D.,

        Plaintiff,

                                      Case No. 11 CV 1

vs.

Grant County Regional Health Center,

        Defendant.

**PLAINTIFF'S NOTICE OF APPEAL FROM A JUDGMENT OF THE DISTRICT COURT**

The Plaintiff, Bashir Sheikh, M.D., by his attorneys, the Jeff Scott Olson Law Firm, S.C., by Jeff Scott Olson, hereby appeals to the United States Court of Appeals for the Seventh Circuit from the Judgment entered on January 31, 2014, in favor of the Defendant.

Dated this Friday, February 28, 2014.

        Respectfully submitted,

        Bashir Sheikh, M.D.,

        Plaintiff,

        By

        THE JEFF SCOTT OLSON LAW FIRM, S.C.
        JEFF SCOTT OLSON
        State Bar No. 1016284
        131 W. Wilson St., Suite 1200
        Madison, WI 53703
        Phone:     (608) 283-6001
        Facsimile: (608) 283-0945
        E-mail:    jsolson@scofflaw.com

/s/ Jeff Scott Olson
_____
JEFF SCOTT OLSON

ATTORNEYS FOR PLAINTIFF

### Certificate of Service

I hereby certify that on Friday, February 28, 2014, I electronically filed the foregoing with the Clerk of the Court using the ECF system which will send notification of such filing to the following: Kevin John Eldridge, Michael Aldana, and Sarah Edehnan Coyne, and I hereby certify that I have mailed by United States Postal Service the document to the following non-ECF participants: none.

                                                  /s/ Jeff Scott Olson_____